US DISTRICT COURT
IRS Complex
110 North Herbert Street
Room 119
Beckley. W.Va. 25801

Page 1 of 2

1-31-21

FEB - 5 2021

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Case # 5:21-cv-00091

(Chief) Col. Michael S. Owl Feather-Gorbey

VS.

16. Sixteen Unknown Named F. Bop F.C.I. Beckley
W.Va. Employees & the United States

Owl Feather-Gorbey's Motion For leave To Proceed
IFP Under §1915(g) Imminent Danger.

I Gorbey Am being Held in SubHuman Conditions & Deny
Commissary, Pen, Writing Paper & Envalopes Preventing me
From Effectively stating my issues As well As Postage
Necessary To mail A lengthy statement or claim.

(1) I suffer untreated High level glaucoma. 90% Damage
To my L-eye & 45% To my R-eye making me more applicable
To A SNUFF out syndrome being glaucoma So Advanced
that when Treatment is Applied it SNUFFs out-Destroys
Remaining good Retina Cells Accelerating Blindness
because of Denials or delays in Treatment.

(2) I'm Kept in Freezing Cold Cells with Temperatures
below the 68-70% Require by Policy. Some Times below
32% Freezing threating Frost bite or Death.

(3) I'm Denied Administrative Remedy Access To Attempt
To Cure Any of this. Forcing me To suffer it.

(4) I'm being Deny meal 1-14-21 & Adequate meals 1-13-21
To date & Counting Effecting my Hypoglocimia while
medical Does Not make sick-Call Rounds or Answer
Requests

(5) I'm Denied Phone, Computer, Commissary & or writing
materials To Contact Family, Attorneys or Court Again.
Forcing me To suffer these Conditions

(6) Trust Fund staff Are Refusing To Answer Cop-outs
or To Complete submitted (Court Form) Prisoner Trust

Account Statements (to impede) Court Access! Forcing me to suffer the Conditions Complain about.

(7) I'm being subject to threats of Contaminated Covid-19 swab Tests. Staff are Conducting multiple Tests. never changing gloves while Handling Both Completed & uncompleted swabs.

(8) I'm being kept in Alleged Covid-19 Arrival Quareenteen being Exposed to Contamitated Covid-19 Positive inmates & new Arivals Even After I've Repeatedly Tested negitive. while staff Perform duties, issue items & Food without Proper Covid-19 Prevention gear & without changing gloves threating to Expose me to Covid-19. A function lethal virus.

(9) I'm suffering threats from staff. unit Counselor & staff Have Threaten to Plant Knives on me to find in shake Down & to Have inmates to assault me For my Filing Complaints. being Extra Conserning Since (several) Actions & Appeals are Already Pending Against the F.bop & Employees For Aranging such Similar Assaults.

I therefore qualify For §1915 (g) leave to Proceed & seek Fast & speedy Relief. Meyers vs. C.O.S.S.A. 801 F. Appx 90.96. (4th cir 2020) Johnson vs. werner 200 Appx 270.272 (4th cir. 2006)

(Chief) Col. michael S owl Feather - Gorbey
Monacan Nation
D.C. DOC 317611   Fed 33405-013
FCI Beckley
Po Box 350, 1600 industrial Park Road
Beaver. W.Va. 25813

Declaration of Mailing §1746 & 3/621
Deposited in FCI Beckley internal mail system 1-31-21  1st
Class US mail. (Chief) Col. michael S owl Feather - Gorbey
DC DOC 317611   Fed. 33405-013