

IRS Complex
110 North Hebert Street
Room 119
Beckley, W. Va. 25801

FILED
FEB - 5 2021
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Page 1 of 4

1-31-21

Case # 5:21-cv-00091

(chief) Col. Michael S. Owl Feather--Gorbey

vs.

16, sixteen unknown named F.Bcp F.C.I. Beckley Staff
& the United States.
Pine A. lower Evning Unit lady Staff, Pine A. Counselor, Pine
Unit manager, Popler B. lower Counselor. Case manger, Unit
manager, Health service supervisor, PA#1, Food service
supervisor, Trust Fund supervisor, mail Room supervisor
Warden, Captain, Assistant Warden Programs, Assistant
Warden operations & United States.

Owl Feather-Gorbey's Consolidated Bivens - Federal
Tort Claim Act lawsuit under 28 USC §1915(g)
Imminent Danger

I Gorbey seek a Hearing Necessary To Cure Any
Filing Defects or To Defend my imminent Danger
Claims or Any Part of my suit. Brown vs. City of Phili.
331 F. App'x 898 (3rd cir, 2009) Finding A Hearing Necessary
When A Court challenges imminent Danger claims
28 USC 3636, 28 USC §2243 As law & Justice Require

(chief) Col. Michael S. Owl Feather-Gorbey
Monacan Nation
D.C. DOC 317611  Fed. 33405-013
FCI Beckley
Po Box 350
1600 industrial Park Road
Beaver. W. Va. 25813

<u>complaint</u>

(1) I Arived At FCI Beckly 1-13-21 where staff did immediately upon my Exiting the US marshel Con-Air Perform A threatful Covid-19 swab test on me & some 20 other inmates while handling both completed & uncompleted swabs & never changing gloves. Placing me At threat of Exposure To Covid-19.

(2) I was brought to the facility & placed on alleged Arrival Quarenteen status & on 1-14-21 denied Any breakfest as breakfest is given out the Day before & food service fail to supplement & staff fail to Notify food service. & since then meals have been inadeqvate with improperly small portions, offten on A bag of chips & A sandwich for Dinner or food Portions cut in half. Effecting my serious medical condition Hypoglocimia. (while medical staff Do Not make Any sick-call Rounds in Quarenteen unit.

(3) the Temperature in Pine unit Cells is below 68-70 Degrees Require by Policy & offten below 32 Freezing threatning frostbite or Death.

(4) I have untreated High level glaucoma, & Denials of Treatment by the FBop Has caused 90% Damage to my L-eye & 45% to my Right threating total Blindness while Denials & Delays in Treatment subject me To A Snuff-out-syndrome being glaucoma so advanced that when you Eventually apply Treatment you Destroy Remaining good Retina Cells & Accelarate Blindness I was Due surgery in Pennsylvania & yet. got Error Transfer & Now Beckley staff are Not Providing me any Treatment while at my last opthalmologists visits 10-2-20 & 12-15-20 Doctors Agree the Prescribed meds methazalamide 50 mg tab Is Not Helping & latanaprost Drops I'm intolerent to & Don't Help. while opthalmologists Agree that (Emergency) surgery was Required & the Drug methazalamide causes

Liver & Kidney damage F.C.E Beckley staff simply Re-prescribing me these (unbeneficial) medications While Denying me Any Recommended surgery or ophthalmology Treatment is seriously damaging my Eyes & threatning to Blind me.

Where. FCI Beckley medical staff Hostile Actions can be seen As well by my seeking Replacements For my L-ANKle, R-Knee & R-Wrist Braces & medical shoes lost by F.C.I Estill or usp lewisburg. & yet Beckley staff stoping by my Cell Telling me my chances of obtaining these things Here Are little to none on 1-27-21. claiming they Do things Differant At Beckley.

(5) UNIT Teams Are Denying me Administrative Remedy Complaints. writing Paper. Pen. Envelopes or Postage. & Commissary, Phone or Computer Access. (To) Deny me Access to Family, Attorneys & Courts. in 18 Days & Counting since 1-13-21 To Date & Counting

(6) When I Complain About these & other Issues unit Team & unit staff threaten to Plant Knives on me to be Found to cause me to go to A Usp. While (Threatning) To Have inmates Assault me or Dead with me. being Conserning since I Have Court Actions Pending Regarding multiple Prior Facilities usp lee. usp Hazelton. usp Canaan, FCI Cumberland FCI Estill & usp Lewisburg staff Already. Having Arranged such Assaults & setting Forth A clear imminent Danger of Further such Assaults at FCI Beckley. or threats of Death.

(7) I'm Kept in subHuman conditions Deny Razers Shampo or Deoderant. Cell cleaning supplies or Any laundry since 1-13-21. Having the same clothes Now 18 Days & Counting. same Bedding.

(8) Trust Fund staff Refuse to Complete & Return IFP Account Forms. Where. staff All cover up their Names. or uniform

Pam Leverade Executive officer. Pine A Counselor.
Pippie unit manager. Pepler unit B lower Counselor. Page 4 of 4
Case manager & unit manager. Mail Room supervisor
Health service supervisor. Food service supervisor. Warden
A.W. Programs A.W. operation Captain. Trust Fund supervisor DTH/
leaving us no way to Identify Them & Want
Provide us their names. While Administration
& unit managers or department supervisors
don't make any Rounds in this unit & Won't
Answer Cop-out & therefore Are Farling their own
Duties To Effectively supervise lesser staff
& subjecting us to All these adverse Conditions.

## Conclusion. Relief sought

(1) I Demand $ 45,000,000,000.00   Fourty Five
Billion Dollars.

(2) I Demand immediate glaucoma Treatment &
Replacements For my lost Braces & shoes. & Hypoglocimia.

(3) I seek injunction to Have the F.C.I. Beckley Arival
Quarenteen Process For Covid-19 Reform. To Provide
All new Arivals, Breakfest, Adeavate meals, Hygiene,
Comminsarry & or Writing Materials & Postage, & Remedy
Access & Daily Sick-Call Access.

(4) I seek injunction To Prevent Threats or acts
of Planting Evidences To Abuse Discipline Process
or Aranging Assaults on me.

(5) I seek injunction To Have Every FCI Beckley
staff to At All Times Display or Provide inmates
the Names of staff. When sought.

(6) I seek a Hearing Necessary to Cure Any Filing
Defects or To Defend my imminent Danger claims
or my suit. (7) injunction To Have Trust Fund Complete &
Return IFP Forms. (Chief) Col. Michaels Owl Feather-Gorman
Monacan Nation
DC DOC 317611 Fed. 33405-013
FCI Beckley
PO Box 350, 1600 industrial Park Road
Beaver, W.Va. 25813.

Estelle vs Gamble 429 US 97, 107. (1976)
Denial medical Treatment.

Bradley vs Puckett 157 F3d 122
(5th Cir. 1998) Accomidations
For Physical Disabilities.

Michael S. øWl Feather-Gorbey
        33405-013
Federal Correctional institution Beckley
        PO Box 350
Beaver. W.Va.  25813

(legal-special mail)

(open only in presence of
Gorbey or the US Dist.cT.)

                    25801-455244

CHARLESTON WV   250

3 FEB 2021    PM 1  L

FOREVER / USA

clerk of CourT
IRS Complex And
U.S. DisTicT CourT
110 NorTh Heber STreeT
        Room 119
Beckley. W.Va.  25801

FEDERAL CORRECTIONAL INSTITUTION
BECKLEY
BEAVER, WV 25813

DATE 2-2-2(?)

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURIS-DICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE ... ENCLOSURE TO THE ABOVE ADDRESS.