Consolidated FTCA &
*Attachment A - Bivens Complaint form*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA



FILED

FEB 2 2 2021

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

(chief) Col. michael S. dul Feather-Gorbey          33405-013

21-19/13-7 ⑨ ↟⚔⚔⚔☠☠ san-gou

_____                          _____

_____                          _____

(Enter above the full name of the plaintiff       (Inmate Reg. # of each Plaintiff)
or plaintiffs in this action)

v.                                                CIVIL ACTION NO. 5:21-CV-00091
                                                  (Number to be assigned by Court)

Brown, officer or Lt.

Young, warden

milles, Counselor Pine A unit

Smith, unit manager Popler unit.

(Enter above the full name of the defendant       Amended Complaint
or defendants in this action)                     consolidated Bivens -
                                                  Federal Tort claim Act
                        Defendant(s).             lawsuit under §1915(g)
                                                  Imminent Danger.

**COMPLAINT**

I.    **Parties**

A.    Name of Plaintiff: (chief) Col. michael S. dul Feather-Gorbey

      Inmate No.:       33405-013

      Address:          FCI Beckley PO Box 350.
                        Beaver. W. Va. 25813

B.  Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

Name of Plaintiff: _____N/A._____

Inmate No.: _____

Address: _____

_____

Name of Plaintiff: _____N/A._____

Inmate No.: _____

Address: _____

_____

C.  Name of Defendant: _Brown MR._____

Position: _officer or LT._____

Place of Employment: _LT. office FCI Beckley W.Va.___

_____

D.  Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

Name of Defendant: _Young MR._____

Position: _Warden_____

Place of Employment: _FCI Beckley W.Va._____

_____

Name of Defendant: _Miller MR._____

Position: _Unit Counselor Counselor Pine A_____

Place of Employment: _Unit Pine A lower, FCI_____

_Beckley W.Va._____

2

List of Defendants

Gorbey v. Brown et al
5:21-cv-00091

(1) LT. or officer Brown. FCI Beckley W.va.

(2) Warden Young  F.CI Beckley

(3) Captain Rodriguez  FICI Beckley

(4) Assistant warden opperations (name unknown) FCI Beckley

(5) Assistant warden programs (name unknown) FCI Beckley

(6) SIS MR. Phillips.  FCI Beckley

(7) SIS MR Manning FCI Beckley.

(8) Pine A lower Counselor milles  FCI Beckley

(9) Populer unit manager Smith  FCI Beckley

(10) Pine unit manager (Name unknown) FCI Beckley

(11) Pine Day shift officer Boragroph  FCI Beckley

(12) Pine Evening shift lady officer (name unknown) FCI Beckley

(13) PA #1 (Name unknown) medical Dept. FCI Beckley.

(14) Health service supervisor. (Name unknown) FCI Beckley

(15) Mail Room Supervisor. (Name unknown) FCI Beckley

(16) Trust Fund supervisor (Name unknown) FCI Beckley.

(17) The united States of America.

   Gorbey is unable to obtain the names of many staff as staff cover up name tags & gang controle & violence prevents Gorbey from questioning staff to find out others staffs names. or other staff simply wont provide them. & thus I seek Discovery.

3

II.     **Place of Present Confinement**

Name of Prison/Institution:  _FCI Beckley_

A.      Is this where the events concerning your complaint took place?

Yes _✓_          No _____

If you answered "no," where did the events occur? _N/A._

_____

B.      Is there a prisoner grievance procedure in this institution?

Yes _✓_          No _____

C.      Did you present the facts relating to your complaint in the prisoner grievance procedure?    Yes _____          No _✓_

If you answered "no," explain why not: _Staff Refusing To Provide Forms or Don't Process or Answer ones I do obtain + File._

If you answered "yes," what was the result at level one, level two and level three (attach grievances and responses): _Impeded._

_____

III.    **Previous Lawsuits**

A.      Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

Yes _✓_          No _____

B.      If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1.      Parties to the previous lawsuit:

Plaintiff(s): _(chief) Col. michael S. Wl Feather - Gorbey_

Defendant(s): _multiple._

4

2.　Court (if federal court, name the district; if state court, name the county);

_____multiple_____

3.　Docket Number:___multiple_____

4.　Name of judge to whom case was assigned:___multiple_____

5.　Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____multiple_____

6.　Approximate date of filing lawsuit: _2007 - 2021_

7.　Approximate date of disposition: _2007 - 2021_

## IV.　Statement of Claim

State here, as briefly as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets of paper if necessary.)

I'm Denied medical glaucoma Treatment, Prostetic L-Ankle Brace, R-Knee & R-Wrist Braces, medical shoes & lower bunk. As Assigned or prescribed. I'm suffering gang Controle & threats in Housing & Daily Routines. I'm suffering staff threats of Physical Assault & use of inmates to Assault me for filing. I'm Denied Administrative Remedy Access & my legal mail is Tamper With & impeded. I'm Denied meals & medical Treatment for Adverse Affects. Deny laundry. See Continuance Pages in support of these Facts for Suit. Pages 1-7 & 1-4 pages of motion To Proceed Ifp §1915(g) Imminent Danger Enclosed, Here.

5

## V.    Relief

<u>State briefly and exactly what you want the Court to do for you</u>. Make no legal arguments. Cite no cases or statutes.

(1) I Demand $275,000.000⁰⁰ million Dollars.

(2) I seek AN iNJUNction ordering the F.RCP to immediately Transfer me To A more suitable & safe medium level Facility. or to Release me. (3) I seek iNJUNCtion To Have the named Defendants investigated by AN impartial source & Removed From Federal Employment. (4) I Demand to be Kept safe & Free From staff Threats & Retaliations personally or through inmates.

Signed this 12 day of February , 20 21 .

(5) I seek iNJUNction to stop Beckley staff From Premoting -Allowing Gang Controle & violence.    (chief) Col. michael S. owl Feather-Gorbey

(6) I seek iNJUNction To Receive my medical L-ANKle. R-KNee. R-wist medical shoes & lower bunk & glaucoma Treatment.

_____

(chief) Col. michael S. owl Feather-Gorbey
Signature of Plaintiff or Plaintiffs

(7) I seek Discovery. of the Names of All listed uNKnown Name staff.

**I declare under penalty of perjury that the foregoing is true and correct.** To best of my Knowledge.

Executed on   2-12-21 .
(Date)

(chief) Col. michael S. owl Feather-Gorbey
Signature of Plaintiff

6

Continuance Pages to Suit 5/21/21 CV - Page 1 of 7

(1) On. About 1-13-21 I Arrived At FCI Beckley & was subject to a Threatful Covid-19 swab Test in line with some 14 other inmates While staff never change gloves & Handle Both Completed & uncompleted Swabs together unsealed threatning to Expose me to Covid-19. & then I was Takken & placed in Beckley Pine A lower unit Cell 110 on Alleged Quarenteen status From 1-13-21 To 2-1-21.

(2) For some 20 Days I sat in Pine A lower 110 without Availability of Normal Sick-Call. No laundry washing or Exchange. No linen Exchange No Commissary or Any way to send Mail or File Complaints other than unanswered Cop-outs to staff 1-13-21 to 2-1-21

(3) On 1-14-21 I was Denied Breakfest with staff Arguing that Breakfest is given out the Day before with Lunch & since I Arrived After lunch 1-13-21 I was to be denied breakfest 1-14-21 which Adversedly Effects my serious medical Condition Hypeglocimia & Hypertension Drops in Suger & Rise in Blood Pressure. & yet No medical staff were Available & unit staff Bourgough & unit Team milles ignore my Requests For Assistance.

(4) I begain Receiving Court mail. Properly mark legal-special mail. open only in Presence of the inmate on Expiring or Expired federal Court Time Frames Process As general Correspondance open outside my Presence & Delayed. While I Had No Commissary Available I sought unit Team Assistance For Pen. Paper. Envalopes & Postage & on About 1-29-21 Counselor milles & officer Bourgough made threats to me. To Plant Knives on me in Shakedown or to Have other inmates to deal With me Physically. & given similer Prior Assaults & Events Recently At other FBop Facilities Poses A Significant threat to my safety. At FCI Beckley. While I Dully informed by unanswered Cop-outs. Pine unit manager. Poplar unit manager smith. Both Assistant Wardens. Captain Rodriguez & warden young. To No Avail. 1-14-21 To 2-1-21.

Pine A lower Evening shift lady (Jane Doe) name unknown Refuse to Allow me to seal Any outgoing legal mail & Admitted to Trashing Any mail or Cop-outs she Deem Frivolous. 1-14-21 To 2-1-21

One Bp8 Informal Complaint I Did Receive. Complete & submitt on About 1-29-21. Dissopear. or was Destroyed & staff Have since

Refuse me Remedy Forms. & only Respond with Foul language or Threats.

(5) On About 2-1-21 I was moved to unit popller A upper cell 419 & immediately confronted by multiple local & Foreign gang members & told they would be Dictating my cell Arangements & Daily Routines & that I would be Physically Assaulted if I Did Not Comply! Unknown Named Spanish & American gang members, while unit manager Smith & the Beckley Administration Allow & Encourage these gang Rules whom then Made me move to Cell 314 upper in Populer A unit while I Have A medical lower bunk Pass. Causing me to suffer Falls & injuries From climing.

(6) When I Complain About the gang Related & other Issues to staff. I was then call to the Beckley FCI LT. office on 2-12-21 where multiple staff group Around me in A Hostile Threatning manner & issued threats of Physical Assault. LT. or officer Brown was Extremely Hostile. using Foul words & Threating to Physically Harm me IF I Raise Any more issues or Complaints, Also indicating that staff Commonly use other inmates to Deal with inmate Filers. by Physical Assault or Death. where. Normally. Procedures would Reauire Gorbey To File A Complaint on LT. Brown (to) Facitily SIS staff To Address. yet, in this Case, Both SIS Phillips & Manning were Envolved Herd Brown Issue His Threats & yet Took No Action To Keep Gorbey safe & Even issue threats of their own! Arguing that Gorbey was No body At FCI Beckley & they do things A little Differant AT FCI Beckley & if Gorbey Continue to Complain He would be Physically Delt with. by staff or inmates. where, in such Events. Any Reasonably minded inmate

Would Experiance Fear As such Event clearly Poses A significant threat to the inmates safety or well being. & be intimidated to Not File or Raise Complaints.

(7) Where, While At the same time. I'm Without Any of my Prostetic materials L-Ankle, R-Knee & R-Wrist Braces & medical shoes. All medically Prescribed & lost by FiBoP staff in events of my Transfer From FCI Estill S.C. to USP Lewisburg P.A. & Now that I'm At FCI Beckley & out of special Housing & Have An imminent Need For these medical Items. PA#( )    Told me on About 1-28-21 that my chances of obtaining them At FCI Beckley were Slim to None. Again Arguing they do things Different At FCI Beckley. Causing me Pain & Injuries When I climb. Run or Jump.

(a)    Therefore. I'm Denied My medically Assigned Prostetic materials L-Ankle. R-Knee. R-Wrist Braces & medical shoes Causing me Pain & New Injuries To my Feet. L-Ankle & R-Knee. When going up steps. climbing or Jumping & Running. While Also I'm Denied A medically Assigned lower Bunk Causing Falls & Injuries. in Cells Composed of Concrete & steel And Any Next Fall Could seriously injure or Kill me. see.
Bradley vs. Puckett 157 F.3d. 122 (5th Cir. 1998) Requiring Accommodations For Physical Disabilities.
Cochran vs. Geit 11-CV-134 (W.D. Wis. July 26. 2011)

(b) I'm suffering gang threats & threats From staff As well. Placing A serious Consern on my safety. While on 2-12-21 Lt. Brown Argue that All my legal mail would now go Accross His Desk. so that He Could impede my Filing To the Regional offices. Courts & other legal Agencies. so I Could Not Inform Any one of their threats & (intent to)

Physically Harm me. To Have or Allow other Inmates to Physically Harm me. While Allowing Hostile gang members to Dictate my living Arangements & Daily Routines. or Suffer Physical Assault. or Death. see. Tsosie vs. Garrett 409 Fed Appx 262 (2010) Staff Are obligated to Keep Prisoners safe.

I must Here note As well that this is A Direct Prejudice Related to Biden & Harris steeling our National Election As immediately upon Enoguration. Biden sign A Bill to shut down immigration Facilities & to Have thousands more Hostile Foreign gang members Transfer to the FBop For Which Fa Beckly is Expected to Receive A Reasonable Amount of & adding to the problems of gang Rule & violence. being Extra Conserving For U.S. Citizens Housed in the gang infested Federal Prisons. (Especially) D.C. "State" Code offenders Whom Have no Federal Convictions or sentences to serve & otherwise should not be Exposed to such immigration & Foreign gang over croudy ness. Rules & violence. Which support imminent Dangers Related to several Cases Already Pending in Federal Courts see.

(chief) Col. michael S.oul Feather-Gorbey vs. Joe Biden.et.al. 7:20-CV-750. U.S. Dist.ct. Roanoke VA.

(chief) Col. michael S.oul Feather-Gorbey vs. Joe Biden et.al. 2:20-CV-1968-URE. US Dist. ct. Pittsburg. PA.

(chief) Col. michael S.oul Feather-Gorbey vs. Joe Biden et.al 1:20-CV-03660-UNA US Dist. D.C. on Appeal 21-5008 US App. DC.cir.

(chief) Col. michael s. owl Feather -Gorbey vs. Joe Biden et.al.
4:21-CV-0131  U.S. Dist.ct middle Dist. of Pennsylvania.
(chief) Col. michael s. owl Feather -Gorbey vs. Joe Biden et.al
case # unknown. U.S. District. Baltimore md.

Where. As Evidenced Here. such steeling of our National Elections Allows unavalified unAppropirate people To man our Federal offices whom Appoint or Hire others To man our lesser Federal Agencies whom Are not Acting within the Public intrest of Justice & in the End. Advesedly Effects The People. Causing us Damages & Posing significant Threats To our safety. As clearly Establish Here by the Problems Accosiated with foreign gang Rule & Violence At FCI Beckley. Beckley staffs inability or lack of consern To Redress it. while subjecting Gorbey & others To it & Joe Biden -Harris signing Bills To make it worst. clearly Questioning the Constitutionality of Gorbey's Confinement in Federal Prison Beckley. or Any Federal Prison. As DC Code 24-701 is unconstitutional Allowing it. & Has no legal Effect in other states.

(c) I suffer High level glaucoma & ON 10-2-20 I was Recommended by ophthalmologist DR. Fassaro & FBop DR. Rigos For Emergency medical Treatment Due To Earlier Treatment Failure. & that I now suffer A SNUFF-out syndrom being glaucoma so Advanced that when medical Treatment is Applied it SNUFFS -out (Destroys) Any Remaining good Retinal Tissue & Accelorates the outcome of Blindness yet. instead of Providing Timely Treatment (again) the F.Bop ship Gorbey To FCI Beckley W.va. where He Has not been seen by Any medical staff Regarding His

glaucoma while now He suffers 90% Damage to His
l-eye + 45% To His R-eye + A threat of total
Blindness. + Health service supervisors Allows This.
violating the 8th Amendment. Estelle vs. Gamble. 429 us 97. 102 (1976)
Therefore - clearly Gorbey is suffering Physical Harms
+ Damages At FCI Beckley, because of staff.

(D) Gorbey is being Denied His 1st + 14th Amendment
Rights to Proper - Timely access to the FeBop Administrative
Remedy Process. From 1-13-21 To Date 2-12-2021 Unit
Team staff Counselor milles. Popdler B. lower counselor
+ Populer Unit manager smith Smith + Pine Unit manager
Have Either out Right Denied Gorbey Remedy Forms or Not
Process The one He Has been Provided. + Submitted. As
Prior To 2-12-21 Gorbey Had only Ever been given (one)
Bp8 Informal Complaint Form Though He Requested several
From milles. Populer B lower Counselor + Both Pine + Populer
Unit managers. + yet on About 1-26-21 Gorbey Receive +
Completed the one Bp8 on legal mail + medical issues +
yet still Today some 17 Days later the 5 Day per policy
Bp8 informal Complaint Has Not been Answer While
staff Wont Provide A Bp9 Formal Complaint + it is
Common (Repugnant To F.Bop Policy) Practice To Reject
Any Bp9 Filed Not Enclosing A Copy of The Bp8 + its
Response. + thus using The Bp8 informal Remedy Process
To impede Formal Filing. (impeding Gorbey's Ability To)
Exhaust As Required by 42 usc § 1997(e)(a)

(E) staff Are Tampering. With Delaying + impeding Gorbey's
incomming + outgoing legal mail. Impeding His Court Access

violating His 1st & 14th Amendment Court Access while forcing Him to suffer the Above listed 8th Amendment violations.

Treating Federal Court mails as not legal. Even those marked legal-special mail open only in presence of the inmate. Not sending or talking to the U.S. Post office specific mails (legal mails) Gorbey seals in their presence & submitted to mail Room staff. While unknown staff open. Read & Destroy or impede such mail. 1-13-21 to 2-12-21 & continuing. & now threaten to be done by Lt. Brown.

## Relief sought

(1) I Demand $250,000,000.000 .00 million Dollars

(2) I seek injunction ordering the F.Bop to immediately transfer me to a more suitable & safer medium level facility or to Release me From custody.

(3) I seek injunction to Have the named Defendants investigated by an impartial source & Removed From Federal Employment

(4) I Demand to be kept safe & Free From staff threats & retaliations through staff or inmates.

(5) I seek injunction to stop FCI Beckley staff from promoting gang Controle & violence

(6) I seek injunction to Receive my medical L-Ankle, R-Knee & R-wrist Braces. my medical shoes, lower Bunk & glaucoma treatment.

(7) I seek a Hearing necessary to Adequately Defend my suit. See imminent Danger issues Attach to my Motion to Proceed IFP under §1915(g)

(chief) Col. michael S. owl Feather-Gorbey
Monacan Nation
D.C. DOC 317611   Fed. 33405-013
FCI Beckley W.Va.

Michael S. owl Feather - Gorbey
33405-013
Federal Correctional Institution Beckley
P.o. Box 350
Beaver. W.Va. 25813

(legal - special mail)
(open only in presence of
Gorbey or the Fed. Court)

Rory L. Perry II
clerk U.S. District Court
110 North Heber Street
Room 119
Beckley, W.Va. 25801

